UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                      :       CASE NO 04-15000
                                                    CHAPTER 13
TEDDY J. FIELDS
MARY G.E. FIELDS                            :       JUDGE J. VINCENT AUG
      DEBTORS
                                            :       NOTICE OF TRANSMITTAL OF
                                                    UNCLAIMED FUNDS

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916476 | $25.77 |

Creditor(s)
Bank One
370 S Cleveland Avenue
Suit 2047
Westerville, Ohio 43081

                        Respectfully submitted,

              /s/    Margaret A. Burks, Esq.
                     Margaret A. Burks, Esq.
                     Chapter 13 Trustee
                     Attorney No. OH 0030377

                     Francis J. DiCesare, Esq.
                     Staff Attorney
                     Attorney No. OH 0038798

                     Karolina F. Perr, Esq.
                     Staff Attorney
                     Attorney No. OH 0066193

                     600 Vine Street, Suite 2200
                     Cincinnati, OH 45202
                     (513) 621-4488
                     (513) 621 2643 (Facsimile)
                     mburks@cinn13.org - Correspondence only
                     fdicesare@cinn13.org
                     kperr@cinn13.org
                     cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, January 20, 2010.

    /s/    Margaret A. Burks, Esq.
           Margaret A. Burks, Esq.

Bank One
370 S Cleveland Avenue
Suit 2047
Westerville, Ohio 43081

Debtor(s) Counsel
GARY A. BILLIG, ESQ.
447 NILLES RD #9
FAIRFIELD, OH  45014

Debtor(s)
TEDDY J. FIELDS
MARY G.E. FIELDS
432 NORTH 5TH STREET
HAMILTON, OH  45011

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)